No. 9016. CHARLES M. NOKES and V. H. DUTCHER, ET AL., PLAINTIFFS and APPELLANTS, v. ALBERT THOMAS, Sheriff of Yellowstone County, Montana, and MABEL HOUSTON, DEFENDANTS and RESPONDENTS.

CHARLES M. NOKES and V. H. DUTCHER, ET AL., v. MABEL HOUSTON, DEFENDANT and RESPONDENT.

228. Pac. (2d) 807.

Decided March 27, 1951.

*Rankin & Acher,* Helena, and *O. Louise Replogle,* Lewistown, for appellant.

*Franklin A. Lamb* and *Dale F. Galles,* Billings, for Mabel Houston.

*Charles B. Sande,* Co. Atty., Billings, for Albert Thomas.

MR. CHIEF JUSTICE ADAIR:

The parties to these actions by and through their counsel having so stipulated in writing,

It is ordered that the appeals from the judgments in each action be dismissed on the merits as fully settled without costs to any party.